1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Rodney Parker

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE WILLIAM McCURINE, JR.)**

11 | UNITED STATES OF AMERICA, | ) | Case No. 08MJ0451-01 |
   |                           | ) |                      |
12 |            Plaintiff,     | ) |                      |
   |                           | ) |                      |
13 | v.                        | ) | **CERTIFICATE OF SERVICE** |
   |                           | ) |                      |
14 | RODNEY PARKER,            | ) |                      |
   |                           | ) |                      |
15 |            Defendant.     | ) |                      |

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his
18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                    U.S. Attorney CR
                 Efile.dkt.gc2@usdoj.gov; and

20                    Maxine I. Dobro
21                  maxdobro@aol.com

22                              Respectfully submitted,

24 DATED:     February 22, 2008         /s/ Gregory T. Murphy
                                        **GREGORY T. MURPHY**
25                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Rodney Parker