UNITED STATES OF AMERICA,    )      MOTION TO DISMISS MY NUNC PRO TUNC
         plaintiff,    )      ATTORNEY, 2255 AND 2-1-2008
    Vs.    )      TO REQUEST THE COURT 3/14/08 PDZ
RODNEY PARKER.    )      FOR MY DISCOVERY, THIS
         defendant.    )      INLCUDES TAPES, C,D,s &
                           ANY TYPE OF NOTES OR
                           ROUGH NOTES TAKEN.

08mj451/08cr854-LAB

FILED 08 MAR 24 PM 1:47 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: DEPUTY

1  NOW COMES THIS MOTION TO ASK THE COURT TO DISMISS MY ATTORNEY,

2  MR, GREG MURPHY AT FEDERAL DEFENDERS LAW FIRM. DUE TO THE FACT

3  FACT THAT HE HAS NOT HAD BUT ONE VISIT TO M.C.C. AND THAT WAS

4  SO THAT I WOULD TAKE THE FIRST DEAL THE GOVERNMENT OFFER, AND

5  THIS WAS WITH OUT HIM EVER KNOWING ANYTHING ABOUT ME OR MY CO-

6  DEFENDANT. AND AT THAT TIME I' ASK HIM FOR MY DISCOVERY AND HE

7  HAS NOT MAIL THEM TO ME. SO I'M ALSO REQUESTING TO GET ANY OF

8  TYPE OF RECORDS KEPT, WHETHER THEY WHERE WRITTEN RECORDED OR

9  IN ROUGH NOTES. I'WANT THEM ALL.

*Rodney Parker*

3/12/2008