1 **GREGORY T. MURPHY**
California State Bar No. 245505
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: gregory_murphy@fd.org

5 Attorneys for Rodney Parker

6

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE LARRY A. BURNS)**

11 UNITED STATES OF AMERICA,           )   Case No. 08CR0854-LAB-01
                                       )
12          Plaintiff,                 )
                                       )
13 v.                                  )   **CERTIFICATE OF SERVICE**
                                       )
14 RODNEY PARKER,                      )
                                       )
15          Defendant.                 )
   _____   )

16

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          Joseph J.M. Orabona
        joseph.orabona@usdoj.gov,glory.rascon@usdoj.gov,efile.dkt.gc1@usdoj.gov; and
20
                            Maxine I. Dobro
21                          maxdobro@aol.com

22                                          Respectfully submitted,

23

24 DATED:      April 14, 2008              /s/ Gregory T. Murphy
                                           **GREGORY T. MURPHY**
25                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Rodney Parker
26

27

28