1 | **GREGORY T. MURPHY**
California State Bar No. 245505
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: gregory_murphy@fd.org

5 | Attorneys for Rodney Parker

6 |

7 |

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE LARRY A. BURNS)**

11 | UNITED STATES OF AMERICA,           )     Case No. 08CR0854-LAB-01
                                        )
12 |            Plaintiff,               )
                                        )
13 | v.                                  )     **CERTIFICATE OF SERVICE**
                                        )
14 | RODNEY PARKER,                      )
                                        )
15 |            Defendant.               )
    _____   )

16 |

17 |       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 | information and belief, and that a copy of the foregoing document has been served this day upon:

19 |                          Joseph J.M. Orabona
       joseph.orabona@usdoj.gov,glory.rascon@usdoj.gov,efile.dkt.gc1@usdoj.gov; and
20 |

21 |                           Maxine I. Dobro
                             maxdobro@aol.com

22 |                          Respectfully submitted,

23 |

24 | DATED:      April 14, 2008              /s/ Gregory T. Murphy
                                           **GREGORY T. MURPHY**
25 |                                        Federal Defenders of San Diego, Inc.
                                           Attorneys for Rodney Parker
26 |

27 |

28 |