1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Rodney Parker

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE LARRY A. BURNS)**

11 UNITED STATES OF AMERICA,        )   Case No. 08CR0854-LAB-01
                                    )
12        Plaintiff,                )
                                    )
13 v.                               )   **CERTIFICATE OF SERVICE**
                                    )
14 RODNEY PARKER,                   )
                                    )
15        Defendant.                )
   _____  )

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          Joseph J.M. Orabona
        joseph.orabona@usdoj.gov,glory.rascon@usdoj.gov,efile.dkt.gc1@usdoj.gov; and

20
                            Maxine I. Dobro
21                          maxdobro@aol.com

22                                    Respectfully submitted,

24 DATED:    April 14, 2008             /s/ Gregory T. Murphy
                                       **GREGORY T. MURPHY**
25                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Rodney Parker