KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant U.S. Attorney
California State Bar No.223317
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone No.: (619) 557-7736
Email: joseph.orabona@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODNEY PARKER (1),<br>ANGELA WITTMER (2),<br><br>Defendant. | Criminal Case No. 08CR0854-LAB<br><br>Date:  May 19, 2008<br>Time:  2:00 p.m.<br><br>The Honorable Larry A. Burns<br><br>**MOTION TO FILE**<br>**RESPONSE IN OPPOSITION IN**<br>**EXCESS OF TWENTY-FIVE PAGES** |

The above-named plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Joseph J.M. Orabona, Assistant U.S. Attorney, moves this Court for an order to allow the plaintiff to file its response in opposition (docket no. 35) to Defendants' motions (docket nos. 27, 31, and 32), in the above-captioned case, in excess of twenty-five pages, pursuant to Crim. L.R. 47.1(e).

DATED: May 13, 2008.

                                                Respectfully submitted,

                                                KAREN P. HEWITT
                                                United States Attorney

                                                s/Joseph J.M. Orabona
                                                JOSEPH J.M. ORABONA
                                                Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RODNEY PARKER (1), ) <br> ANGELA WITTMER (2), ) <br> ) <br> Defendant. ) | Case No. 08CR0854-LAB <br><br> **CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **United States' Motion to File Response in Opposition in Excess of Twenty-Five Pages**, as lead counsel for the United States, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Gregory T. Murphy
   Federal Defenders of San Diego, Inc.
   225 Broadway, Suite 900
   San Diego, California 92101-5008
   Tel:  (619) 234-8501
   Fax:  (619) 687-2666
   Email: gregory_murphy@fd.org
   *Lead Attorney for Defendant Parker*

2. Maxine I. Dobro
   Law Offices of Maxine I. Dobro
   105 West F Street, 3rd Floor
   San Diego, California 92101-6036
   Tel:  (619) 232-5044
   Fax:  (619) 233-3221
   Email: maxdobro@aol.com
   *Lead Attorney for Defendant Wittmer*

A hard copy will be delivered to chambers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2008.

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney