KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant U.S. Attorney
California State Bar No.223317
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone No.: (619) 557-7736
Email: joseph.orabona@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0854-LAB |
|---|---|---|
| Plaintiff, | ) ) ) | Date:  May 19, 2008<br>Time:  2:00 p.m. |
| v. | ) ) ) | The Honorable Larry A. Burns |
| RODNEY PARKER (1),<br>ANGELA WITTMER (2), | ) ) ) | **MOTION TO SHORTEN TIME** |
| Defendant. | ) ) | |

The United States requests an order shortening time to May 13, 2008, to file its response in opposition to Defendants' various motions to dismiss, suppress, compel and sever, in light of the complexity and number of motions filed by Defendants, and in light of the response in opposition being filed by the United States on May 13, 2008 at approximately 1:00 a.m.

DATED: May 13, 2008.

    Respectfully submitted,

    KAREN P. HEWITT
    United States Attorney


    s/Joseph J.M. Orabona
    JOSEPH J.M. ORABONA
    Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0854-LAB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| RODNEY PARKER (1), | ) | |
| ANGELA WITTMER (2), | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **United States' Motion to Shorten Time**, as lead counsel for the United States, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1.  Gregory T. Murphy
    Federal Defenders of San Diego, Inc.
    225 Broadway, Suite 900
    San Diego, California 92101-5008
    Tel:  (619) 234-8501
    Fax:  (619) 687-2666
    Email: gregory_murphy@fd.org
    *Lead Attorney for Defendant Parker*

2.  Maxine I. Dobro
    Law Offices of Maxine I. Dobro
    105 West F Street, 3rd Floor
    San Diego, California 92101-6036
    Tel:  (619) 232-5044
    Fax:  (619) 233-3221
    Email: maxdobro@aol.com
    *Lead Attorney for Defendant Wittmer*

A hard copy will be delivered to chambers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2008.

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney