1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Rodney Parker

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE LARRY A. BURNS)**

11 UNITED STATES OF AMERICA,           )   Case No. 08CR0854-LAB-01
                                        )
12         Plaintiff,                   )
                                        )
13 v.                                   )   **CERTIFICATE OF SERVICE**
                                        )
14 RODNEY PARKER,                       )
                                        )
15         Defendant.                   )
   _____)

16

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                        Joseph J.M. Orabona
        joseph.orabona@usdoj.gov,glory.rascon@usdoj.gov,efile.dkt.gc1@usdoj.gov; and
20
                          Maxine I. Dobro
21                        maxdobro@aol.com

22                                          Respectfully submitted,

23

24 DATED:     May 16, 2008                  /s/ Gregory T. Murphy
                                            **GREGORY T. MURPHY**
25                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Rodney Parker
26

27

28