UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RODNEY PARKER (1), ) <br> ANGELA WITTMER (2), ) <br> ) <br> Defendant. ) <br> ) | Case No. 08CR0854-LAB <br><br> **ORDER** |

Upon motion of the United States and good cause appearing thereof,

IT IS HEREBY ORDERED that the United States' response in opposition to Defendants' motions, filed on Docket Nos. 27, 31, and 32, is to be filed no later than May 13, 2008.

DATED: May 15, 2008

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge