UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0854-LAB |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| RODNEY PARKER (1), | ) | |
| ANGELA WITTMER (2), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY ORDERED for good cause having been shown, that the United States' response in opposition (docket no. 35) to Defendants' motions (docket nos. 27, 31, and 32), in the above-captioned case, be permitted to be filed in excess of twenty-five pages, pursuant to Crim. L.R. 47.1(e), to be heard on May 19, 2008, at 2:00 p.m., or soon thereafter as counsel may be heard.

DATED: May 16, 2008

**HONORABLE LARRY ALAN BURNS**
United States District Judge