MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA                    VS                    PARKER, ET AL.

__ Plaintiff    x Defendant    __ Court    Type of Hearing: MOTION EVIDENTIARY HEARING

Case Number: 08CR854-LAB

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| A | 5/21/08 | 5/21/08 | photo of Parker's vehicle Mercury Mountaineer |
| A1 | 5/21/08 | 5/21/08 | photo of rear view of Mercury Mountaineer license plate |
| B1 | 5/21/08 | 5/21/08 | photo of interior of vehicle |
| B2 | 5/21/08 | 5/21/08 | photo of interior of vehicle |
| B3 | 5/21/08 | 5/21/08 | photo of interior of vehicle |

Case 3:08-cr-00854-LAB    Document 45    Filed 05/21/2008    Page 1 of 1