# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision

**Name of Offender:** Rodney Parker (English)  **Dkt No.:** 08CR00854-001-LAB

**Name of Sentencing Judicial Officer:** The Honorable Larry A. Burns, U.S. District Judge

**Sentence:** *Count 3*-86 months custody and 3 years supervised release; *Count 4*-86 months custody and 3 years supervised release; *Count 5*-60 months custody and 3 years supervised release (all counts to run concurrent). *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** November 24, 2008

**Date Supervised Release Commenced:** August 15, 2014

**Prior Violation History:** None.

=========================================================================

## PETITIONING THE COURT

## TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

*Suspend Special Condition:*
Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. The defendant shall be tested 4 times a month for the first year. The Probation Officer may modify testing after the first year if no dirty tests are reported.

## CAUSE

Mr. Parker was released from custody on August 15, 2014, commencing a three-year term of supervised release. Since his release, the offender has remained in compliance with his conditions of supervised release. He has been working as an HVAC technician and is also enrolled in evening classes to obtain his HVAC certification. He attends classes every Tuesday and Thursday evening from 5:00 p.m. to 9:00 p.m. Mr. Parker resides with his mother and stepfather in San Diego, California. His son also resides in the home and he has weekend visits with his daughter as well.

To date, Mr. Parker has participated in weekly urinalysis testing for over six months. He has not missed any tests and all tests have been negative for any illicit substances. He appears committed to remaining both drug and alcohol free. The undersigned would note that the offender was diagnosed with a blood born disease following his arrest in the instant offense. The maintenance of good health requires that Mr. Parker take care of himself physically, thus abstaining from alcohol and avoiding any illegal drugs. The offender has indicated his commitment to his health and stated he has no intention of jeopardizing his health with substance abuse.

That said, it is respectfully recommended that the special condition requiring drug treatment and weekly urinalysis testing be suspended at this time. Mr. Parker will continue in urinalysis testing via the mandatory condition outlined in the Violent Crime Control Act (VCCA). The Probation Officer will continue to monitor the supervisee and will refer for treatment if needed.

Respectfully submitted:

by _____
Scott A. Kiefer
U.S. Probation Officer
(619) 409-5119

Reviewed and approved:

_____
Jennifer K. Walker
Supervising U.S. Probation Officer

Attachments:

**THE COURT ORDERS:**

__✓__ The Suspension of Condition as Noted Above

_____ Other _____

_____

_____
The Honorable Larry A. Burns
U.S. District Judge

2-25-15
_____
Date

DM